ELLIS *v.* ELLIS.

HOLDEN, J.  Under the pleadings and evidence there was no abuse of discretion in awarding the custody of the minor child to the wife, nor in granting her temporary alimony and attorney's fees.

*Judgment affirmed.  All the Justices concur.*

Argued February 5,—Decided March 11, 1909.

Alimony, etc.  Before Judge Wright.  Floyd superior court. November 6, 1908.

*M. B. Eubanks,* for plaintiff in error.

*Griffith, Weatherly & Matthews,* contra.